05 DEC 21 PM 2:22
TEXAS-EASTERN
BY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MARITZA INGRAM, Plaintiff | § | CIVIL ACTION NO. 2-04CV-274 (Folsom) |
| v. | § | |
| COOPER TIRE & RUBBER COMPANY, Defendant/Third-Party Plaintiff | § | (Jury Requested) |
| v. | § | 2-05CV-552 |
| VICTOR BLANCO d/b/a VICTOR'S FLAT SHOP, Third-Party Defendant | § | |

**JUDGMENT AND ORDER OF SEVERANCE**

The claims by Plaintiff against Defendant Cooper Tire & Rubber Company in the above-styled case came before the Court for an adjudication, the full names of the settling parties being as follows: Plaintiff, MARITZA INGRAM, now known as Maritza Uribe, ("Plaintiff") and Defendant, COOPER TIRE & RUBBER COMPANY ("Settling Defendant").

1. Plaintiff and Settling Defendant, appeared, announced ready for trial, waived a trial by jury, and announced to the Court a settlement between Plaintiff and Settling Defendant that would fully and finally resolve all claims, demands, and causes of action that have been or could have been brought in this case by Plaintiff against the Settling Defendant, including all claims for injuries and damages received by Plaintiff because of the incident made the basis of this lawsuit.

2. Plaintiff and Settling Defendant announced that the settlement was made on a disputed claim, the Settling Defendant having denied any liability to the Plaintiff. Plaintiff and Settling Defendant requested from the Court a judgment that the Plaintiff take nothing from the Settling Defendant.

3. IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Plaintiff, MARITZA INGRAM, now known as Maritza Uribe, TAKE NOTHING by reason of this suit against the Settling Defendant and that taxable costs of court shall be paid by the party incurring same.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Settling Defendant is fully relieved and discharged from any and all liability for the incident made the basis of this lawsuit.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff is denied all relief against the Settling Defendant not expressly granted by this Judgment, whether the relief was requested or whether it could have been requested in this lawsuit.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that this Judgment is hereby severed from the above-referenced lawsuit in its entirety and is made the subject of a separate cause of action styled:

> *Maritza Ingram v. Cooper Tire & Rubber Company*; In the United States District Court for the Eastern District of Texas, Marshall Division

so that this Judgment is final for all purposes. This Judgment is intended to dispose of all parties and claims in the severed action only, and is intended to be a final judgment of the severed action only.

IT IS FURTHER ORDERED that the Clerk shall:

(a) Docket the severed cause under No. 2:05cv552

(b) Transfer certified copies of this Judgment to the severed cause.

SIGNED Dec. 21, 2005.

PRESIDING JUDGE

**APPROVED AND AGREED TO:**

TRACY & CARBOY

By:______________________

E. Todd Tracy
State Bar No. 20178650
Stewart D. Matthews
State Bar No. 24039042
5473 Blair Rd., Suite 200
Dallas, Texas 75231
Telephone: (214) 324-9000
Facsimile: (927) 387-2205

COUNSEL FOR MARITZA INGRAM
NOW KNOWN AS MARITZA URIBE

JOHNSON, SPALDING, DOYLE,
WEST & TRENT, L.L.P.

By: T. Christopher Trent
T. Christopher Trent
State Bar No.: 20209400
Federal ID No.: 14244
R. Todd Marshall
State Bar No.: 00784528
Federal ID No.: 16679
910 Travis, Suite 1700
Houston, Texas 77002
(713) 222-2323 – Telephone
(713) 222-2226 – Facsimile

IRELAND, CARROLL & KELLEY, P.C.
Otis Carroll
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
6101 S. Broadway, Suite 500
Tyler, Texas 75703
(903) 561-1600 – Telephone
(903) 581-1071 – Facsimile

COUNSEL FOR SETTLING DEFENDANT,
COOPER TIRE & RUBBER COMPANY